Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 3

| EVOLUTIONS FLOORING, INC. ET AL | |
|---|---|
| **Plaintiff,** | **S U M M O N S** |
| v. | |
| UNITED STATES, | |
| **Defendant.** | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. ' 1581(c) to contest the determination described below.

/s/ **Mario Toscano**
Clerk of the Court

1. Evolutions Flooring, Inc., and Struxtur, Inc. - Importers of Record of Subject Merchandise
   (Name and standing of plaintiff)

2. Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review: 2019

   87 Fed. Reg. 36,305 (June 16, 2022)
   (Brief description of contested determination)

3. June 16, 2022
   (Date of determination)

4. June 16, 2022
   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Gregory S. McCue
Signature of Plaintiff's Attorney

Gregory S. McCue,
Thomas J. Trendl
STEPTOE & JOHNSON LLP
1300 Connecticut Ave N.W.
Washington, D.C. 2003
(202) 429-6421

July 18, 2022
Date

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. ʼ 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)